| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 1 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CHASOM BROWN; et al., | No. 22-80147 |
| Plaintiffs-Petitioners, | D.C. No. 4:20-cv-03664-YGR<br>Northern District of California,<br>Oakland |
| v. | |
| GOOGLE LLC, A Delaware company, | ORDER |
| Defendant-Respondent. | |

Before: M. SMITH and BRESS, Circuit Judges.

Petitioners' motion for leave to file a reply in support of the petition (Docket Entry No. 5) is granted. The reply has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's December 12, 2022 order granting in part and denying in part class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).